ACCOLADE SYSTEMS LLC,
Plaintiff–Appellant,

v.

CITRIX SYSTEMS, INC.,
Defendant–Appellee.

No. 2009–1509.

United States Court of Appeals,
Federal Circuit.

March 4, 2010.

Martin J. Siegel, Law Office of Martin Siegel, Houston, TX, Carl R. Roth, The Roth Law Firm, P.C., Marshall, TX, for Plaintiff–Appellant.

Douglas J. Kline, William A. Meunier, Charles H. Sanders, Goodwin Procter LLP, Boston, MA, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case, *Accolade Systems LLC v. Citrix Systems, Inc.,* to the United States District Court for the Eastern District of Texas, case no. 6:07–CV–00048, for further proceedings consistent with the settlement agreement reached by the parties,

IT IS ORDERED THAT:

The motion is granted.